FILED
NOV 16 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:07cr290-WKW |
| | ) [18 U.S.C. § 641; |
| THELMA ELAINE FOSTER and | ) 18 U.S.C. § 1028A |
| ISAPHENE FOSTER, | ) 18 U.S.C. § 2] |
| a/k/a Isaphene Foster Riley | ) |
| | ) **INDICTMENT** |
| | ) |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, the defendants, **THELMA ELAINE FOSTER** and **ISAPHENE FOSTER**, were residents of Montgomery, Alabama. Isaphene is the mother of Thelma.

2. On or about September 13, 2005, Thelma and Isaphene filed an application with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina, in the name of Isaphene Foster. That application falsely represented that Isaphene Foster had suffered losses to a property she rented as her primary residence in New Orleans, Louisiana. Isaphene Foster did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted the application and caused a United States Treasury check in the amount of $2,000 to be mailed to an address in Montgomery, Alabama. Thelma Foster and Isaphene Foster received the check, cashed it, and shared in the proceeds.

4. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendants,

**THELMA ELAINE FOSTER**
**and ISAPHENE FOSTER,**

did, while aiding and abetting each other and while being aided and abetted by each other and other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to their own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to their use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 19, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123185524. |

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 2
## AGGRAVATED IDENTITY THEFT

5. The allegations set forth in paragraphs 1 through 4 of this Indictment are hereby realleged as if set forth herein.

6. From on or about September 13, 2005, and continuing until on or about September 19, 2005, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendants,

**THELMA ELAINE FOSTER**
**and ISAPHENE FOSTER,**

while aiding and abetting each other and while being aided and abetted by each other and other persons both known and unknown to the Grand Jury, during and in relation to an enumerated felony, namely, theft of property as charged in Count 1 of this Indictment, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, that is, a social security number ending in the last four digits 8055.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney