IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

VS.                      CASE NO: 2:07cr290-WKW

THELMA ELAINE FOSTER,
ISAPHENE FOSTER,
a\k\a Isaphene Foster Riley

MOTION FOR MENTAL EXAMINATION ON
BEHALF OF ISAPHENE FOSTER

    COMES, James R. Cooper, Jr., attorney for Isaphene Foster who moves this Court to Order that Ms. Foster undergo a full mental evaluation and states in support thereof as follows:

1. Mr. Cooper interviewed Ms. Foster this week. This interview was in his office. Ms. Foster's mother was present for part of the interview.

2. Ms. Foster lives with her mother. Ms. Foster is on some form of Disability. Ms. Foster's mother is in charge of Ms. Foster's money. She was adjudged not competent to manage her own money.

3. Mr. Cooper believes that Ms. Foster is not capable of assisting in her defense. She says she cannot remember things. She gets confused. She is frightened. She has no understanding of the nature and the scope of her legal difficulties. She talked in circles. She did not understand the nature and scope of the law as it relates to her charges.

    If she testified at trial, it would be a shambles. She just did not make a lot of sense.

4. Mr. Cooper's impression of the interview was that he was interviewing a small child of fairly tender years.

5. Based upon his interview and the fact that Ms. Foster is on disability and that she has been deemed not competent to manage her own money, further examination into her mental state appears to be warranted, wise and prudent.

                                           RESPECTFULLY SUBMITTED,

        S/James R. Cooper, Jr.
        James R. Cooper, Jr.  (COO021)
        COOPER & COOPER
        312 Scott Street
        Montgomery, Alabama 36104
        (334) 262-4887
        (334) 262-4880 (Facsimile)

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 7th day of December, 2007 , I have served a copy of the foregoing Motion for Mental Evaluation  Upon Christ Synder, P.O. Box 197, Montgomery, Al 36101-0197 By placing a copy of the same in the United States Mail properly addressed and postage prepaid and by efiling.


        S/James R. Cooper, Jr.
        JAMES R. COOPER, JR.


Cc:
Isaphene Foster
2284 Lower Wetumpka Rd
Montgomery, Al 36110