IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:07-CR-290-WKW |
| | ) | |
| ISAPHENE FOSTER | ) | |
| | ) | |

## ORDER

Upon consideration of the *Motion for Mental Examination* (doc. #16) filed by the

defendant on December 7, 2007, and for good cause, it is

**ORDERED** that a hearing on the motion be and is hereby set for **December 12,**

**2007, at 3:00 p.m. , in Courtroom 4B**, United States Courthouse Complex, One Church

Street, Montgomery, Alabama.

Done this 10th day of December, 2007.


              /s/Charles S. Coody
              CHARLES S. COODY
              CHIEF UNITED STATES MAGISTRATE JUDGE