IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr290-WKW |
| | ) | |
| ISAPHENE FOSTER | ) | |

**ORDER**

On December 7, 2007, the defendant filed a motion for mental examination. (doc. # 16. On December 12, 2007, the court held a hearing on the motion. The government does not contest the motion and it appears to the court that such an examination is necessary. Accordingly, it is

ORDERED that the motion be and is hereby GRANTED as further set forth in this order. The court concludes that because the defendant is released pending trial, it is more appropriate for her through counsel to arrange for the examination and have it conducted locally. Therefore, it is

ORDERED that pursuant to 18 U.S.C. § 3006A(3), approval for payment for psychological services be and is hereby GRANTED. Compensation to be paid to a psychologist for services rendered shall not exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred. It is further

ORDERED that counsel for the defendant shall provide to the Clerk of the Court the name of the psychologist and his or her Social Security Number or other tax ID.

The Clerk of the Court is DIRECTED to issue the appropriate CJA 21.

Done this 12th day of December, 2007.

      /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE