IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

VS.                                             CASE NO: 2:07cr290-WKW

THELMA ELAINE FOSTER,
ISAPHENE FOSTER,
a\k\a Isaphene Foster Riley

MOTION TO EXTEND TIME WITHIN WHICH TO FILE MOTIONS
PENDING MENTAL EXAMINATION
OF ISAPHENE FOSTER

    COMES, James R. Cooper, Jr., attorney for Isaphene Foster who moves this Court to extend the time in which to file motions until after Ms. Foster has undergone a full mental evaluation and states in support thereof as follows:

1. Ms. Foster is to be mentally evaluated. Her mental competency is an issue concerning the interviews she gave to government officials and other potential matters.

2. Until the evaluation is conducted and received, Mr. Cooper is unable to proceed with the filing of any motions challenging those interviews and any other matters.

3. By extending the time within to file motions, Mr. Cooper will be able to better represent his client.

4. The ends of justice would not be duly impeded by extending the time to file motions.

                                              RESPECTFULLY SUBMITTED,


                                              S/James R. Cooper, Jr.
                                              James R. Cooper, Jr.  (COO021)
                                              COOPER & COOPER
                                              312 Scott Street
                                              Montgomery, Alabama 36104
                                              (334) 262-4887

(334) 262-4880 (Facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 18th day of December, 2007 , I have served a copy of the foregoing Motion to Extend Time within which to File Motions Upon Christ Snyder, P.O. Box 197, Montgomery, Al 36101-0197 By placing a copy of the same in the United States Mail properly addressed and postage prepaid and by efiling.


    S/James R. Cooper, Jr.
    JAMES R. COOPER, JR.

Cc:
Isaphene Foster
2284 Lower Wetumpka Rd
Montgomery, Al 36110