IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.  2:07CR-290-WKW |
| ) | |
| THELMA ELAINE FOSTER ) | |
| ISAPHENE FOSTER ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for May 5, 2008, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **March 17, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

ORDERED that the defendant's motion for an extension of time to file pretrial motions (doc. # 23) be and is hereby GRANTED and all applicable deadlines contained in the prior arraignment order be and are hereby adjusted accordingly.

Done this 20th day of December, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE