IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:07-CR-290-WKW |
| | ) | |
| THELMA ELAINE FOSTER | ) | |
| ISAPHENE FOSTER | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference presently set for March 17, 2008 be and is hereby **RESCHEDULED** for **March 14, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly.

Done this 9th day of January, 2008.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE