IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   2:07-CR-290-WKW |
| | ) | |
| THELMA ELAINE FOSTER | ) | |
| ISAPHENE FOSTER | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **March 20,**
**2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church
Street, Montgomery, Alabama.

Done this 17th day of March, 2008.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE