IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    CASE NO: 2:07cr290-WKW

THELMA ELAINE FOSTER,
ISAPHENE FOSTER,
a\k\a Isaphene Foster Riley

PLEA OF NOT GUILTY BY REASON OF MENTAL DEFECT, DISEASE OR OTHERWISE ON BEHALF OF ISAPHENE FOSTER

COMES, James R. Cooper, Jr., attorney for Isaphene Foster who additionally pleads the defense of NOT GUILTY by reason of mental defect, disease or otherwise on behalf of his client Ms. Foster.

RESPECTFULLY SUBMITTED,

S/James R. Cooper, Jr.
James R. Cooper, Jr.  (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of March, 2008 , I have served a copy of the foregoing Plea of Not Guilty by reason of mental disease, defect or otherwise upon Chris Synder, P.O. Box 197, Montgomery, Al 36101-0197 By placing a copy of the same in the United States Mail properly addressed and postage prepaid and by efiling.

S/James R. Cooper, Jr.
JAMES R. COOPER, JR.

Cc:
Isaphene Foster
2284 Lower Wetumpka Rd
Montgomery, Al 36110