IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CR. NO. 2:07-cr-290-WKW** |
| ) | |
| **THELMA ELAINE FOSTER and** ) | |
| **ISAPHENE FOSTER,** ) | |
| a/k/a Isaphene Foster Riley ) | |

**United States's Unopposed Motion to Continue Trial**

The United States respectfully requests the Court to continue the case against Defendants Thelma Elaine Foster and Isaphene Foster until the Court's next trial term. It requests this relief for the following reasons:

1.      On November 16, 2007, a Grand Jury Sitting in the Middle District of Alabama returned a two-count Indictment against Thelma and Isaphene Foster. The Indictment charged both defendants with one count of theft of Hurricane Katrina disaster relief funds and one count of aggravated identity theft. The case has been continued once previously, at Thelma Foster's unopposed request in December 2007. Neither defendant is in custody.

2.      On March 18, 2008, counsel for Defendant Isaphene Foster filed a docket entry which stated that Isaphene Foster "additionally pleads the defense of NOT GUILTY by reason of mental defect, disease or otherwise on behalf of his client Ms. Foster."[1]

---

[1] Doc. #32.

Additionally, counsel for Isaphene Foster provided counsel for the Government with a psychological report. Counsel for the Government has reviewed report, the standards of Fed. R. Crim. P. 12.2, the Insanity Defense Reform Act, 18 U.S.C. § 4241 et seq., and case law and is skeptical that this report meets those Rules, cases, and statute's standards.

3. Nonetheless, out of an abundance of caution and in an attempt to be fair to the defendant, the United States would like to have an independent evaluation preformed. To secure an expert, arrange a time for him or her to meet with the defendant, and write a report, will take a considerable amount of time and likely will not be completed by the Court's May 5, 2008 trial term.

4. Normally, the granting of a continuance is left to the sound discretion of the trial judge,[2] however, the Court is limited by the requirements of the Speedy Trial Act.[3] The United States, therefore, requests that this case be continued for several reasons, each of which is authorized by the Speedy Trial Act.

5. First, the case should be continued and the days excluded from the Speedy Trial calculation because the "delay result[s] from . . . including any examinations . . . to determine the mental competency or physical capacity of the defendant."[4]

6. Furthermore, while still in their infancy, both Isaphene Foster and the Government and Thelma Foster and the Government have broached the topic of plea agreements. The Government believes that additional time could possibly be fruitful in resolving this case without a trial. Given this and the time needed to preform a mental

---

[2] *United States v. Stilzer*, 785 F.2d 1506, 1516 (11th Cir. 1986).

[3] 18 U.S.C. § 3161.

[4] *Id.* § 3161(h)(1)(A).

examination of Ishaphene Foster, "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."[5]

7.  The United States has contacted James Cooper, attorney for Isaphene Foster, and Christine Freeman, attorney for Thelma Foster. Both have indicated that they do not oppose this Motion.

Because both the ends of justice are best served with a continuance and the calculation is otherwise excluded from the Speedy Trial calculation, the Government respectfully requests that the Court continue this case to its next trial term.

Respectfully submitted this 20th day of March, 2008,

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to James Cooper and Christine Freeman.

> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney

---

[5] *Id.* § 3161(h)(8)(A).