IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 1:07-cr-290-WKW |
| ) | |
| THELMA ELAINE FOSTER, ) | |
| ISAPHENE FOSTER ) | |

## **ORDER**

This case is before the court on the United States's Unopposed Motion to Continue Trial (Doc. # 33). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any "[a]ny period of delay resulting from other proceedings concerning the defendant, including . . . delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant." 18 U.S.C. § 3161(h)(1)(A). The Act excludes "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted." *Id.* § 3161(h)(7).

In the motion to continue, the government states that Isaphene Foster has pleaded not

guilty be reason of mental defect. The government requests a continuance so that an independent evaluation can occur. The defendants do not oppose the motion.

Accordingly, it is ORDERED that the government's Unopposed Motion to Continue Trial (Doc. # 33) is GRANTED. The trial in this matter for *all* defendants is continued from May 5, 2008 the criminal term of court beginning on **August 18, 2008.**

DONE this 25th day of March, 2008.

                                    /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE