IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 2:07-CR-290-WKW |
| ) | |
| THELMA ELAINE FOSTER ) | |
| ISAPHENE FOSTER | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for August 18, 2008, and for good cause, it is

**ORDERED** that the pretrial conference now set for **July 7, 2008** be and is hereby **RESET** for **July 28, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 5th day of June, 2008.


    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE