IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **CR. NO. 2:07-cr-290-WKW** |
| ) | |
| **THELMA ELAINE FOSTER** and ) | |
| **ISAPHENE FOSTER,** ) | |
|   a/k/a Isaphene Foster Riley ) | |

## United States's Unopposed Motion to Continue Trial

The United States respectfully requests the Court to continue the case against Defendants Thelma Elaine Foster and Isaphene Foster until the Court's next trial term. It requests this relief for the following reasons:

1. On November 16, 2007, a Grand Jury Sitting in the Middle District of Alabama returned a two-count Indictment against Thelma and Isaphene Foster. The Indictment charged both defendants with one count of theft of Hurricane Katrina disaster relief funds and one count of aggravated identity theft. Neither defendant is in custody.

2. On March 18, 2008, counsel for Defendant Isaphene Foster filed a docket entry which stated that Isaphene Foster "additionally pleads the defense of NOT GUILTY by reason of mental defect, disease or otherwise on behalf of his client Ms. Foster."[1] Additionally, counsel for Isaphene Foster provided counsel for the Government with a psychological report. Counsel for the Government has reviewed the report, the standards of

---

[1] Doc. #32.

Fed. R. Crim. P. 12.2, the Insanity Defense Reform Act, 18 U.S.C. § 4241 et seq., and case law and is skeptical that this report meets those Rules, cases, and statute's standards.

3. Nonetheless, out of an abundance of caution and in an attempt to be fair to the defendant, on March 20, 2008, the United States requested a continuance in order to have an independent evaluation performed.

4. Since that time, the United States has secured an expert, Forensic Psychologist Lori Butts, J.D., Ph.D with the Clinical & Forensic Institute in Davie, Florida. In preparation for her evaluation of Ms. Isaphene Foster, Dr. Butts has requested, among other things, Ms. Foster's school records, medical records, and prior mental evaluations. The United States has worked with Ms. Foster's counsel, James R. Cooper, in order to obtain as many of these records as possible.

5. Nonetheless, despite these efforts, the United States anticipates that it will have to subpoena a number of schools and medical institutions for records. Compliance with these subpoenas, arranging a time for the expert to review them and then meet with the defendant, and writing a report, will take a considerable amount of time and likely will not be completed by the Court's August 18, 2008 trial term.

6. Normally, the granting of a continuance is left to the sound discretion of the trial judge,[2] however, the Court is limited by the requirements of the Speedy Trial Act.[3] The United States, therefore, requests that this case be continued for several reasons, each of which is authorized by the Speedy Trial Act.

---

[2] *United States v. Stilzer*, 785 F.2d 1506, 1516 (11th Cir. 1986).

[3] 18 U.S.C. § 3161.

7.    First, the case should be continued and the days excluded from the Speedy Trial calculation because the "delay result[s] from . . . including any examinations . . . to determine the mental competency or physical capacity of the defendant."[4]

8.    Furthermore, the parties have continued to negotiate in good faith. The Government believes that Dr. Butts's report may be depositive on resolving this case without a trial. Given this and the time needed to perform a mental examination of Ishaphene Foster, "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."[5]

9.    The United States has contacted James Cooper, attorney for Isaphene Foster, and Christine Freeman, attorney for Thelma Foster. Both have indicated that they do not oppose this Motion.

Because both the ends of justice are best served with a continuance and the calculation is otherwise excluded from the Speedy Trial calculation, the Government respectfully requests that the Court continue this case to its next trial term and reschedule the pretrial conference for this matter to a later date.

Respectfully submitted this 7th day of July, 2008,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street

---

[4] *Id.* § 3161(h)(1)(A).

[5] *Id.* § 3161(h)(8)(A).

        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to James Cooper and Christine Freeman.

        /s/ Christopher Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney