IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:07-cr-290-WKW |
| ) | |
| THELMA ELAINE FOSTER, ) | |
| ISAPHENE FOSTER   ) | |

**ORDER**

This case is before the court on the United States's Unopposed Motion to Continue Trial (Doc. # 40). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any "[a]ny period of delay resulting from other proceedings concerning the defendant, including . . . delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant." 18 U.S.C. § 3161(h)(1)(A). The Act does not include in the 70 day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(8)(A). Additionally, the Act excludes "[a] reasonable period of delay when the

defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted." *Id*. § 3161(h)(7).

The continuance is due to be granted with the time excluded from the 70 day period. In the motion to continue, the government states that Isaphene Foster has pleaded not guilty be reason of mental defect, and the government requests a continuance so that the forensic psychologist it has secured may complete her evaluation of Isaphene Foster. Additionally, the court finds that the ends of justice served by continuing this trial outweigh the best interest of the public and all defendants in a speedy trial. The government explains that the psychologist's report may help resolve the case without trial. The defendants do not oppose the motion.

Accordingly, it is ORDERED that the government's Unopposed Motion to Continue Trial (Doc. # 40) is GRANTED. The trial in this matter for *all* defendants is continued from August 18, 2008 to the criminal term of court beginning on **December 1, 2008.**

DONE this 8th day of July, 2008.

      /s/ W. Keith Watkins
      UNITED STATES DISTRICT JUDGE