IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:07-CR-290-WKW |
| | ) | |
| THELMA ELAINE FOSTER | ) | |
| ISAPHENE FOSTER | | |

**ORDER**

Based upon this court's order continuing the trial in the above case to the December 1, 2008 trial term, and for good cause, it is

**ORDERED** that the pretrial conference now set for **July 28, 2008** be and is hereby **RESET** for **September 29, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 17th day of July, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE